**SERVICE COPY**



D925438

## CITATION

ANTHONY RAY VICKNAIR, SR., ET AL
(Plaintiff)

VS

LM GENERAL INSURANCE COMPANY, ET
AL
(Defendant)

NUMBER C-676057   SEC. 26

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   CB&I, LLC
THROUGH ITS AGENT FOR SERVICE OF PROCESS, CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE, LA 70816

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **NOVEMBER 13, 2018.**

*Hope Michelli*

Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: WILKINS, W PAUL
(225) 379-4938

*The following documents are attached:
PETITION FOR DAMAGES, REQUEST FOR NOTICE, PLAINTIFF'S FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS AND THINGS

SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:   After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:     $_____
MILEAGE     $_____
TOTAL:       $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

**RECEIVED**

NOV 3 0 2018

EBR SHERIFF'S OFFICE

CITATION-2000



EXHIBIT
A

EAST BATON ROUGE PARISH
Filed Nov 09, 2018 4:18 PM
Deputy Clerk of Court
C-676057
26

ANTHONY RAY VICKNAIR, SR.,
HEIDI VICKNAIR VIOLA, AND
ANTHONY RAY VICKNAIR, JR.

DOCKET NO.: **676057**   SECT: **26**

VERSUS

19TH JUDICAL DISTRICT COURT

LM GENERAL INSURANCE
COMPANY, ROBERT DEANGELO,
CB&I, LLC, MCDERMOTT, INC.,
AND STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY

PARISH OF EAST BATON ROUGE

STATE OF LOUISINA

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes, Anthony Ray Vicknair, Sr.,
and Heidi Vicknair Viola, residents of the full age of majority of the parish of Tangipahoa, State
of Louisiana, and Anthony Ray Vicknair, Jr., a resident of the full age of majority of the Parish
of St. Tammany, individually and as the husband, daughter, and son, and heirs of Tena B.
Hayden, who respectfully represent:

1.

Made defendants herein are:

    a. **LM GENERAL INSURANCE COMPANY**, a foreign insurance
company, with its agent for service of process being the Secretary of State,
State of Louisiana;

    b. **ROBERT DEANGELO**, upon information and belief, a resident of the
full age of majority of the State of Mississippi;

    c. **CB&I, LLC**, a foreign limited liability company, authorized to do and
doing business in the State of Louisiana, with a registered office in East
Baton Rouge Parish, with its agent for Service of Process being CT
Corporation System;

    d. **MCDERMOTT, INC.**, a foreign corporation, authorized to do and doing
business in the State of Louisiana, with a registered office in East Baton
Rouge Parish, with its agent for Service of Process being CT Corporation
System. McDermott, Inc. is the successor-in-interest to CB&I, LLC, by
virtue of an acquisition that took place following this wreck; and

    e. **STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY**, a foreign insurance company authorized to do and doing
business in the State of Louisiana, with its agent for service of process
being the Secretary of State, State of Louisiana.

*Hope Michell*

Certified True and
Correct Copy
CertID: 2018111300881

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/13/2018 2:25 PM

Alteration and subsequent refiling of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

2.

On February 2, 2018, at 7:33 p.m., Tena B. Hayden, was driving a 2011 Hyundai Elantra, stopped for traffic in the eastbound left lane on Interstate 12, in Livingston Parish, Louisiana.

3.

On February 2, 2018, at 7:33 p.m., Robert DeAngelo was driving a 2006 Chevrolet Avalanche, traveling eastbound in the left lane of travel, behind Tena B. Hayden.

4.

Robert DeAngelo drove his Avalanche into the back of Tena B. Hayden's car.

5.

The impact propelled Tena B. Hayden's car into the back of the 2013 Honda Accord that was stopped in front of her, which was operated by William A. Cartwright.

6.

Tena B. Hayden's car then careened across the right lane of travel and left the roadway.

7.

Tena B. Hayden's car then caught fire.

8.

Tena B. Hayden died from injuries sustained in this crash.

9.

The fault of defendant, Robert DeAngelo, was the cause of the crash, the death of Tena Hayden and the resulting damages and losses sustained and asserted by petitioners, in the following particulars:

    a.    Speeding;

    b.    Driving while fatigued;

    c.    Recklessly operating the vehicle;

    d.    Failing to see what he should have seen;

    e.    Failing to pay attention;

    f.    Failing to take evasive action(s);

    g.    Failing to act in a reasonable and safe manner;

Certified True and Correct Copy
CertID: 2018111300681

Hope Michell

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/13/2018 2:25 PM

h.    Failing to maintain reasonable and proper control of his vehicle upon a public road;

i.    Wanton and reckless disregard for the safety of others; and

j.    Other acts of negligence which were the cause of this collision and will be shown at the trial of this matter.

10.

At the time of the crash, Robert DeAngelo was the agent, servant and/or employee of CB&I, LLC., and/or McDermott, Inc. and was acting within the course and scope of such agency(ies), servitude and/or employment at the time of the crash.

11.

As a consequence of the foregoing, defendant, CB&I, LLC, and/or McDermott, Inc., is/are vicarious liable for the damages asserted herein and caused by defendant, Robert DeAngleo, by virtue of the doctrine of *respondeat superior*.

12.

Robert DeAngelo's travel in Livingston Parish arose out of his employment with CB&I, LLC and/or McDermott, Inc.

13.

CB&I, LLC and/or McDermott, Inc. interested itself in Robert DeAngelo's travel between the Sulphur, Louisiana worksite and his home in Mississippi by reimbursing Robert DeAngelo for his travel expenses.

14.

Robert DeAngelo's travel through Livingston Parish at the time of the wreck benefitted CB&I, LLC and/or McDermott, Inc.

15.

The negligence of defendants, CB&I, LLC., and/or McDermott, Inc., was a contributing factor of the crash, the death of Tena Hayden and the resulting damages and losses sustained and asserted by petitioners, in the following particulars:

a.    Negligent hiring and/or contracting of Robert DeAngelo; and

b.    Negligent training of Robert DeAngelo; and



Certified True and
Correct Copy
CertID: 2018111300691

*Hope Michell*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/13/2018 2:25 PM

c.    Negligent retention of Robert DeAngelo; and

d.    Negligent entrustment of Robert DeAngelo; and

e.    Other acts of negligence which were the cause of this collision and will be shown at the trial of this matter

16.

At the time of this crash, there was in full force and effect a policy of insurance issued by defendant LM General Insurance Company to Robert DeAngelo, under the terms of which it agreed to insure and indemnify defendant from the damages asserted herein.

17.

At the time of the crash, Robert DeAngelo was an underinsured motorist.

18.

At the time of the crash, Tena Hayden's vehicle was insured by State Farm Mutual Automobile Insurance Company with an uninsured/underinsured insurance policy, under the terms of which it agrees to cover Tena Hayden, and/or her heirs for any and all damages over and above the limits of the policy of liability insurance.

19.

Anthony Vicknair, Sr., is the surviving spouse and heir of Tena Hayden.

20.

Heidi Vicknair Viola is the surviving daughter and heir of Tena Hayden

21.

Anthony Vicknair, Jr., is the surviving son and heir of Tena Hayden.

22.

Pursuant to La. C.C. art. 2315.2(A)(1), Anthony Vicknair, Sr., Heidi Vicknair Viola, And Anthony Vicknair, Jr., as the surviving spouse, children, and heirs of the deceased, Tena Hayden, is entitled to, and does hereby assert a claim for the damages they have sustained as a result of the wrongful death of Tena Hayden, which damages include, but are not limited to:

a.    Past emotional pain and suffering from the death and loss of their spouse and mother;

b.    Future emotional pain and suffering from the death and loss of their spouse and mother;



Hope Michelli

Certified True and
Correct Copy
CertID: 2018111300681

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/13/2018 2:25 PM

c.    Expenses sustained as a result of the untimely death of their spouse and mother; and

d.    The loss of love, affection, companionship and society from their deceased spouse and mother.

23.

Pursuant to La. C.C. art. 2315.1(A)(2), Anthony Vicknair, Sr., Heidi Vicknair Viola, And Anthony Vicknair, Jr., as the surviving spouse, children, and heirs of the deceased, Tena Hayden, are entitled to, and do hereby assert a survival action for the damages sustained by Tena Hayden as a result of the acts of Robert DeAngelo which caused her death, which damages include, but are not limited to:

a.    Terror, fear and fright suffered prior to the crash;

b.    Terror fear and fright suffered after the crash until the time of her death;

c.    Physical pain and suffering between the time of the crash and the time of her death; and

d.    Emotional and mental anguish suffered prior to the crash until the time of her death.

24.

The amount of the cause of action asserted herein exceeds $50,000.00, exclusive of judicial interest and court costs, and, as a result, plaintiff hereby requests a trial by jury.

**WHEREFORE**, plaintiffs, **ANTHONY VICKNAIR, SR., HEIDI VICKNAIR VIOLA, AND ANTHONY VICKNAIR, JR.,** surviving spouse, children and heirs of the decedent, **TENA HAYDEN,** pray that defendants be served with this petition, and, after being duly cited to appear and answer same and the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of plaintiffs, **ANTHONY VICKNAIR, SR., HEIDI VICKNAIR VIOLA, AND ANTHONY VICKNAIR, JR.,** and against defendants, **LM GENERAL INSURANCE COMPANY, ROBERT DEANGELO, CB&I, LLC, MCDERMOTT, INC.,** jointly and in solido, for such damages as are reasonable in the premises, together with legal interest from the date of judicial demand until paid, all costs of these proceedings, and such further and equitable relief to which plaintiff may be entitled.



Certified True and
Correct Copy
CertID: 2018111300681

Hope Michell

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/13/2018 2:25 PM

BY ATTORNEYS:

DUDLEY DEBOSIER, APLC

_____
W. Paul Wilkins (No. 19830)
Ross M. LeBlanc (No. 33940)
1075 Government Street
Baton Rouge, LA 70802
Telephone: (225) 379-3433
Counsel for Plaintiff

PLEASE SERVE:

**LM GENERAL INSURANCE COMPANY**
Through its agent for service of process:
The Louisiana Secretary of State
8585 Archive Blvd
Baton Rouge, LA 70809

**ROBERT DEANGLEO**
**VIA LOUISIANA LONG ARM STATUTE**
16092 Sub Ladner Road
Gulfport, MS 39503
Or Wherever Defendant May Be Found

**CB&I, LLC.**
Through its agent for service of process
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**MCDERMOTT, INC.**
Through its agent for service of process
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
Through its agent for service of process:
The Louisiana Secretary of State
8585 Archive Blvd
Baton Rouge, LA 70809


Certified True and
Correct Copy
CertID: 2018111300881


East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/13/2018 2:25 PM

EAST BATON ROUGE PARISH
Filed Nov 09, 2018 4:18 PM    C-676057
Deputy Clerk of Court           26

ANTHONY RAY VICKNAIR, SR.,          DOCKET NO.:          SECT:
HEIDI VICKNAIR VIOLA, AND
ANTHONY RAY VICKNAIR, JR.

VERSUS                               19ᵀᴴ JUDICAL DISTRICT COURT

LM GENERAL INSURANCE
COMPANY, ROBERT DEANGELO,
CB&I, LLC, MCDERMOTT, INC.,          PARISH OF EAST BATON ROUGE
AND STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY                              STATE OF LOUISINA

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

## REQUEST FOR NOTICE

To:    Clerk of Court
       19ᵗʰ Judicial District Court

       In accordance with Louisiana Code of Civil Procedure Article 1572, you are hereby

requested to give us notice by mail ten (10) days in advance of the date fixed for trial or hearing

of this case, whether on exceptions, motions, rules, or the merits.

       We also request immediate notice of all orders or judgments, whether interlocutory or

final, made or rendered in this case upon the rendition thereof as provided by Louisiana Code of

Civil Procedure Articles 1913 and 1914, including notice of judgment in the event this case is

taken under advisement, or if the judgment is not signed at the conclusion of the trial.

                         BY ATTORNEYS:

                         DUDLEY DEBOSIER, APLC

                         W. Paul Wilkins (No. 19830)
                         Ross M. LeBlanc (No. 33940)
                         1075 Government Street
                         Baton Rouge, LA 70802
                         Telephone: (225) 379-3433
                         Counsel for Plaintiff

Certified True and
Correct Copy            Hope Michell
CertID: 2018111300682
                        East Baton Rouge Parish       Generated Date:
                        Deputy Clerk of Court          11/13/2018 2:25 PM

EAST BATON ROUGE PARISH   C-676057
Filed Nov 09, 2018 4:18 PM         26
Deputy Clerk of Court

| | |
|---|---|
| ANTHONY RAY VICKNAIR, SR., HEIDI VICKNAIR VIOLA, AND ANTHONY RAY VICKNAIR, JR. | DOCKET NO.:          SECT: |
| VERSUS | 19TH JUDICAL DISTRICT COURT |
| LM GENERAL INSURANCE COMPANY, ROBERT DEANGELO, CB&I, LLC, MCDERMOTT, INC., AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | PARISH OF EAST BATON ROUGE |
| | STATE OF LOUISINA |

**■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■**

## PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO LM GENERAL INSURANCE COMPANY

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Anthony Ray Vicknair, Sr., Heidi Vicknair Viola and Anthony Ray Vicknair, Jr., who propound the following Interrogatories and Requests for Production of Documents and Things upon Defendant, LM General Insurance Company, to be answered in writing, under oath, and within the time provided by the Louisiana Code of Civil Procedure:

### REQUEST FOR PRODUCTION NO. 1:

Please produce copies of any/all policies of insurance providing coverage to Robert DeAngelo, or the truck he was driving by LM General Insurance Company.

### REQUEST FOR PRODUCTION NO. 2:

Please provide copies of any/all statements, recording(s), or videotape(s) taken from/of any witnesses or persons concerning the facts of this collision.

### REQUEST FOR PRODUCTION NO. 3:

Please produce copies of any and all estimates, appraisals, diagrams, invoices, photographs, or other documents or things of any nature or description evidencing, documenting, or showing the damages to the vehicle(s) involved in this collision.

### REQUEST FOR PRODUCTION NO. 4:

Please produce copies of any photographs obtained at the scene of the collision purporting to depict any vehicle involved, any person involved or the collision scene.

Certified True and
Correct Copy
CertID: 2018111300883

*Hope Michelli*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/13/2018 2:25 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

BY ATTORNEYS:

DUDLEY DEBOSIER, APLC

W. Paul Wilkins (No. 19830)
Ross M. LeBlanc (No. 33940)
1075 Government Street
Baton Rouge, LA 70802
Telephone: (225) 379-3433
Counsel for Plaintiff

PLEASE SERVE WITH PETITION FOR DAMAGES



Certified True and
Correct Copy
CertID: 2018111300683

*Hope Michell*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/13/2018 2:25 PM

EAST BATON ROUGE PARISH
Filed Nov 09, 2018 4:18 PM
Deputy Clerk of Court

C-676057
26

| | |
|---|---|
| ANTHONY RAY VICKNAIR, SR., HEIDI VICKNAIR VIOLA, AND ANTHONY RAY VICKNAIR, JR. | DOCKET NO.:          SECT: |
| VERSUS | 19TH JUDICAL DISTRICT COURT |
| LM GENERAL INSURANCE COMPANY, ROBERT DEANGELO, CB&I, LLC, MCDERMOTT, INC., AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | PARISH OF EAST BATON ROUGE |
| | STATE OF LOUISINA |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO ROBERT DEANGELO</u>

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Anthony Ray Vicknair, Sr., Heidi Vicknair Viola and Anthony Ray Vicknair, Jr., who propound the following Interrogatories and Requests for Production of Documents and Things upon Defendant, Robert DeAngelo, to be answered in writing, under oath, and within the time provided by the Louisiana Code of Civil Procedure:

<b>INTERROGATORIES</b>

<u>INTERROGATORY NO. 1:</u>

Please state all names by which you have been known, your date of birth, current address, your address at the time of the accident, your Social Security number, your marital status, the identity of your spouse, your driver's license number, your employer and your occupation.

<u>INTERROGATORY NO. 2:</u>

Please state whether you were in the course and scope of employment at the time of the crash on February 2, 2018.

<u>INTERROGATORY NO. 3:</u>

Please state the cellular telephone number and provider for any and all cellular phone(s) available for the regular use by Robert DeAngelo on February 2, 2018.

<u>INTERROGATORY NO. 4:</u>

If you consumed any drugs, medications or alcoholic beverages during the twelve (12) hours prior to the accident, specify the kind, amount, and place taken.

*Hope Michelli*

Certified True and
Correct Copy
CertID: 2018111300884

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/13/2018 2:25 PM

**INTERROGATORY NO. 5:**

State whether you have been convicted of any misdemeanor, and/or any felony within the last ten years. If so, please provide the following:

    a.  Nature of the charges;
    b.  Date of the offense;
    c.  Parish in which the charges were brought;
    d.  Disposition of the charges; and
    e.  Sentence received.

**INTERROGATORY NO. 6:**

Other than arrests for each of the crimes identified in your response to the immediately preceding interrogatory, have you ever been arrested for any other reason? If your answer is in the affirmative, please provide the following:

    a.  Nature of the charges;
    b.  Date of the offense;
    c.  Parish in which the charges were brought;
    d.  Disposition of the charges; and
    e.  Sentence received.

**INTERROGATORY NO. 7:**

Please identify all insurance policies, including any excess or umbrella insurance, which provided insurance coverage to you on the date of this crash. For each policy of insurance identified, please state the following:

    a.  The name and address of the named insured;
    b.  The total number of policies with each policy number; and,
    c.  The type of coverages provided and the limits of liability for each type of coverage.

**INTERROGATORY NO. 8:**

Please provide the name(s), address(es), and store number(s) of all pharmacies used to fill prescriptions during the last ten (10) years.

**INTERROGATORY NO. 9:**

Please state whether or not you received any citations and/or charges in connection with the crash sued upon herein and the disposition of same.

**REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:**

Please produce copies of any/all policies of insurance providing coverage to Robert DeAngelo on February 2, 2018.



Certified True and
Correct Copy
CertID: 2018111300684

*Hope Michell*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/13/2018 2:25 PM

**REQUEST FOR PRODUCTION NO. 2:**

Please provide copies of any/all statements, recording(s), or videotape(s) taken from/of any witnesses or persons concerning the facts of this crash.

**REQUEST FOR PRODUCTION NO. 3:**

Please produce copies of any photographs obtained at the scene of the collision purporting to depict any vehicle involved, any person involved or the crash scene.

**REQUEST FOR PRODUCTION NO. 4:**

Please produce copies of any and all cellular phone accounts and itemized billing summaries for any cellular phone available for the regular use by Robert DeAngelo from the month or months that include February 2, 2018, within its billing cycle.

**REQUEST FOR PRODUCTION NO. 5:**

Please produced copies of any contract or employment agreement with CB&I, LLC and/or McDermott, Inc.

**REQUEST FOR PRODUCTION NO. 6:**

Please produce copies of any document pertaining to the reimbursement of travel expenses to Robert DeAngelo from CB&I, LLC and/or McDermott, Inc.

**REQUEST FOR PRODUCTION NO. 7:**

Please produce copies of any paystubs or other evidence of payments received from CB&I, LLC and/or McDermott, Inc. for any reason.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce copies of any document pertaining to travel expenses submitted to CB&I, LLC and/or McDermott, Inc., for reimbursement, whether or not paid.

**REQUEST FOR PRODUCTION NO. 9:**

Please produce copies of any and all applications for employment with CB&I, LLC and/or McDermott, Inc.

**REQUEST FOR PRODUCTION NO. 10:**

Please produce copies of any and all receipts pertaining to travel, lodging, meals or gasoline purchased in connection with travel to and from work for CB&I, LLC and/or McDermott, Inc.



Certified True and
Correct Copy
CertID: 2018111300684

*Hope Michelli*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/13/2018 2:25 PM

BY ATTORNEYS:

DUDLEY DEBOSIER, APLC

W. Paul Wilkins (No. 19830)
Ross M. LeBlanc (No. 33940)
1075 Government Street
Baton Rouge, LA 70802
Telephone: (225) 379-3433
Counsel for Plaintiff

PLEASE SERVE WITH PETITION FOR DAMAGES



Certified True and
Correct Copy
CertID: 2018111300884

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/13/2018 2:25 PM

EAST BATON ROUGE PARISH
Filed Nov 09, 2018 4:18 PM   C-676057
Deputy Clerk of Court          26

| | |
|---|---|
| ANTHONY RAY VICKNAIR, SR., HEIDI VICKNAIR VIOLA, AND ANTHONY RAY VICKNAIR, JR. | DOCKET NO.:          SECT: |
| VERSUS | 19TH JUDICAL DISTRICT COURT |
| LM GENERAL INSURANCE COMPANY, ROBERT DEANGELO, CB&I, LLC, MCDERMOTT, INC., AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | PARISH OF EAST BATON ROUGE |
| | STATE OF LOUISINA |

**************************************************************

### PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO CB&I, LLC AND MCDERMOTT, INC.

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Anthony Ray Vicknair, Sr., Heidi Vicknair Viola and Anthony Ray Vicknair, Jr., who propounds the following Interrogatories and Requests for Production of Documents and Things upon Defendants, CB&I, LLC, and McDermott, Inc., to be answered in writing, under oath, and within the time provided by the Louisiana Code of Civil Procedure:

### INTERROGATORIES

**INTERROGATORY NO. 1:**

Please state Robert DeAngelo's dates of employment with CB&I, LLC, and/or McDermott, Inc.

**INTERROGATORY NO. 2:**

Please state whether or not Robert DeAngelo was in the course and scope of employment with CB&I, LLC, and/or McDermott, Inc., on February 2, 2018.

### REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

Please produce copies of any/all policies of insurance providing coverage to CB&I, LLC, and/or McDermott, Inc. and Robert DeAngelo on February 2, 2018.

**REQUEST FOR PRODUCTION NO. 2:**

Please produce all documents relative to recorded or written statements taken from Robert DeAngelo in connection with the collision sued upon herein.



Certified True and Correct Copy
CertID: 2018111300685

_Hope Michelli_
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/13/2018 2:25 PM

**REQUEST FOR PRODUCTION NO. 3:**

Please produce any and all documents   relative to policies and procedures of CB&I, LLC, and/or McDermott, Inc.  with respect to the document retention policy of CB&I, LLC, and/or McDermott, Inc.for the employment history, drug screens/physicals, medical records, driving logs, trips, tickets, collisions, employee reprimand and lawsuits or claims including Robert DeAngelo.

**REQUEST FOR PROCUTION NO. 4:**

Please produce copies of all information gathered when the decision was made to hire Robert DeAngelo, included by not limited to driving records, criminal records and qualifications.

**REQUEST FOR PRODUCTION NO. 5:**

Please produce a copy of Robert DeAngelo's entire personnel file.

**REQUEST FOR PRODUCTION NO. 6:**

Please produce any and all of the following documents in your possession that date back to the 30-day period before, and including, the date of the wreck:

> Accident reports
> Bills of lading
> Credit card receipts
> Fuel billing statements
> Fuel receipts
> Meal or lodging receipts
> Gasoline purchase receipts

**REQUEST FOR PRODUCTION NO. 7:**

Please produce copies of any manuals pertaining to travel, lodging, or reimbursement to employees of CB&I, LLC and/or McDermott, Inc.

**REQUEST FOR PRODUCTION NO. 9:**

Please produce copies of any employment manuals that address in any fashion, compensation and/or reimbursement for travel expenses incurred by employees.



Certified True and
Correct Copy
CertID: 2018111300685

*Hope Michelli*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/13/2018 2:25 PM

Alteration and subsequent refiling of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**REQUEST FOR PRODUCTION NO. 10:**

Please produce copies of any and all documents pertaining to compensation, per diem, or reimbursement to Robert DeAngelo during the time of his employment with CB&I, LLC and/or McDermott, Inc.

**REQUEST FOR PRODUCTION NO. 11:**

Please produce copies of any contract or employment agreement with Robert DeAngelo.

**REQUEST FOR PRODUCTION NO. 12:**

Please produce copies of any document pertaining to reimbursement or provision of travel expenses for Robert DeAngelo.

**REQUEST FOR PRODUCTION NO. 13:**

Please produce copies of all paystubs or other evidence of payments received by Robert DeAngleo from CB&I, LLC and/or McDermott, Inc., for any reason

**REQUEST FOR PRODUCTION NO. 14:**

Please produce copies of any and all documents pertaining to travel expenses submitted by Robert DeAngleo to CB&I, LLC and/or McDermott, Inc., for reimbursement, whether or not paid

**REQUEST FOR PRODUCTION NO. 15:**

Please produce copies Robert DeAnglo's Application for employment with CB&I, LLC and/or McDermott, Inc .

**REQUEST FOR PRODUCTION NO. 16:**

Please produce copies of any and all receipts submitted to CB&I, LLC and/or McDermott, Inc., from Robert DeAngleo pertaining to travel, lodging, meals, or gasoline purchased in connection with travel to and from work for CB&I, LLC and/or McDermott, Inc



Hope Michell



Certified True and
Correct Copy
CertID: 2018111300685

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/13/2018 2:25 PM

BY ATTORNEYS:

DUDLEY DEBOSIER, APLC

W. Paul Wilkins (No. 19830)
Ross M. LeBlanc (No. 33940)
1075 Government Street
Baton Rouge, LA 70802
Telephone: (225) 379-3433
Counsel for Plaintiff

PLEASE SERVE WITH PETITION FOR DAMAGES



Certified True and
Correct Copy
CertID: 2018111300685



East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/13/2018 2:25 PM

EAST BATON ROUGE PARISH
Filed Nov 09, 2018 4:18 PM
Deputy Clerk of Court

C-676057
26

ANTHONY RAY VICKNAIR, SR.,
HEIDI VICKNAIR VIOLA, AND
ANTHONY RAY VICKNAIR, JR.

DOCKET NO.:          SECT:

VERSUS

19ᵀᴴ JUDICAL DISTRICT COURT

LM GENERAL INSURANCE
COMPANY, ROBERT DEANGELO,
CB&I, LLC, MCDERMOTT, INC.,
AND STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY

PARISH OF EAST BATON ROUGE

STATE OF LOUISINA

................................................................

### PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Anthony Ray Vicknair, Sr., Heidi Vicknair Viola and Anthony Ray Vicknair, Jr., who propound the following Requests for Production of Documents and Things upon Defendant, State Farm Mutual Automobile Insurance Company., to be answered in writing, under oath, and within the time provided by the Louisiana Code of Civil Procedure:

### REQUEST FOR PRODUCTION NO. 1:

Please produce copies of any/all policies of insurance providing coverage to Tena Hayden or the car she was driving by State Farm Mutual Automobile Insurance Company.

### REQUEST FOR PRODUCTION NO. 2:

Please produce copies of any and all estimates, appraisals, diagrams, invoices, photographs, or other documents or things of any nature or description evidencing, documenting, or showing the damages to the vehicle(s) involved in this collision.

### REQUEST FOR PRODUCTION NO. 3:

Please produce copies of any photographs obtained at the scene of the collision purporting to depict any vehicle involved, any person involved or the collision scene.

Certified True and
Correct Copy
CertID: 2018111300686


Hope Michelli

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/13/2018 2:25 PM

BY ATTORNEYS:

DUDLEY DEBOSIER, APLC

W. Paul Wilkins (No. 19830)
Ross M. LeBlanc (No. 33940)
1075 Government Street
Baton Rouge, LA 70802
Telephone: (225) 379-3433
Counsel for Plaintiff

PLEASE SERVE WITH PETITION FOR DAMAGES


Certified True and
Correct Copy
CertID: 2018111300696

Hope Michell

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/13/2018 2:25 PM